UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Roylee Hartfield,

                Plaintiff,

vs.                                                                                            ORDER

Commissioner of Corrections,
Joan Fabian, et al.,

                Defendants.            Civ. No. 07-1171 (JNE/RLE)

\* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \* \*

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-entitled matter, it is --

ORDERED:

1.      That the Plaintiff's Complaint [Docket No. 1] is dismissed, but without prejudice, for failure to comply with this Court's Order dated February 23, 2007, and for failure to prosecute.

2.      That the Plaintiff's Application to proceed in forma pauperis [Docket No. 2] is denied, as moot.

                                                     BY THE COURT:

DATED: May 22, 2007                                 s/ Joan N. Ericksen
                                                                        Judge Joan N. Ericksen
                                                                        United States District Court